# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 04CR1053-LAB |
| Plaintiff, ) | **ORDER TO TERMINATE SUPERVISED RELEASE** |
| vs. ) | |
| MARK ANDREW SAINE, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, based upon the Joint Motion of the parties, Defendant MARK ANDREW SAINE's Supervised Release be terminated.

**IT IS SO ORDERED.**

DATED: 12-12-06

_Larry A. Burns_
HON. LARRY A. BURNS
U.S. DISTRICT COURT JUDGE